Below is an order of the court.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

IN RE: )
)
RICHARD A. SMITH ) Case No. 16-62791-tmr13
)
Debtor. ) ORDER ALLOWING SALE OF
) REAL PROPERTY

This matter having come before the Court on the debtor's notice of intent to sell Real property, any objections having been resolved on said notice, and the Court having reviewed the matter and finding cause;

IT IS HEREBY ORDERED that the debtor is authorized to sell the real estate located at 148 Rosewood Avenue, Eugene, OR 97404 with a legal description thereof attached as Exhibit A and incorporated herein for the amount of Two-Hundred Fifty-Five Thousand Dollars ($255,000). Approval of sale is conditioned on the Chapter 13 Trustee's approval of the closing statement. The proceeds of the sale, beyond what debtor may exempt, shall be

Page 1 – ORDER

forwarded to the Chapter 13 Trustee to be administered through Debtor's Chapter 13 Plan.

###

Submitted by:

/s/ Tomas Butcher
Tomas Butcher OSB # 082807
Attorney for debtors
116 Hwy 99 N #101
Eugene, OR 97402
541 762 1967 (tele)
541 762 1968 (fax)
tom@butcherlawoffice.com

Page 2 – ORDER

Case 16-62791-tmr13    Doc 58    Filed 11/15/19

The Court Shall Serve the Following Parties with this Order:

Internal Revenue Service
Centralized Insolvency Operation
POB 7346
Philadelphia, PA 19101

Credit Concepts, Inc.
c/o Jason Moon, President
220 W 7th Ave
Eugene, OR 97401-2664

US Bank Trust National Association
as Trustee of the Chalet Series IV Trust
c/o SN Servicing Corporation
323 Fifth St
Eureka, CA 95501

David "Doc" Connelly
c/o Adam R. Schulz
Attorney & Counselor at Law, LLC
148 West 8th Avenue
Eugene, Oregon 97401

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI 48090

OREGON MEDICAL GROUP
C/O PROFESSIONAL CREDIT SERVICE
PO BOX 7548
SPRINGFIELD OR 97475

PROFESSIONAL CREDIT SERVICE
PO BOX 7548
SPRINGFIELD OR 97475

/ /

/ /

JPMorgan Chase Bank, National Association
Chase Records Center
Attn: Correspondence Mail
Mail Code: LA4-5555
700 Kansas Lane Monroe, LA 71203

Statebridge Company, LLC
5680 Greenwood Plaza Blvd., Suite 100 S
Greenwood Village, CO 80111

ODR Bkcy
955 Center St NE
Salem OR 97301-2555

Adam Robert Schulz
Adam R. Schulz, Attorney & Counselor at Law, LLC
142 West 8th Avenue
Eugene, OR 97401

ROBERT A SMEJKAL
POB 1758
Eugene, OR 97440

JESSE A BAKER
Aldridge Pite, LLP
POB 17933
San Diego, CA 92177-0933

LISA M McMAHON-MYHRAN
PO Box 272
Bellevue, WA 98009

MTGLQ Investors LP c/o Shellpoint Mortgage Servicing
POB 10826
Greenville, SC 29603

MTGLQ Investors, L.P.
P.O. Box 10826
Greenville, SC 29603-0826

BEN PETIPRIN
Law Offices of Les Zieve
One World Trade Center
121 Soutwest Salmon Street, 11th Floor
Portland, OR 97204

Statebridge Company, LLC
ZIEVE, BRODNAX & STEELE, LLP
One World Trade Center, 121 Southwest
Salmon Street, 11th Floor
Portland, OR 97204

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541

EXHIBIT A

ALL THAT CERTAIN LAND SITUATED IN THE STATE OF OR, COUNTY OF LANE, CITY OF EUGENE, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT 1949 FEET SOUTH TO A POINT 481.9 FEET NORTH OF THE SOUTHWEST CORNER OF THE JOSEPH DAVIS DONATION LANE CLAIM NO. 48, TOWNSHIP 17 SOUTH, RANGE 4 WEST OF THE WILLAMETTE MERIDIAN, AND SAID POINT BEING THE CENTER LINE OF COUNTY ROAD NO. 1072, KNOWN AS HOWARD AVENUE, THENCE SOUTH 89°44' EAST ALONG THE CENTER LINE OF SAID COUNTY ROAD, 2702.5 FEET, THENCE NORTH 167.5 FEET TO THE PLACE OF BEGINNING OF THE TRACT OF LAND HEREIN DESCRIBED, THENCE NORTH 167.5 FEET, THENCE SOUTH 89° 44' EAST 90 FEET, THENCE SOUTH 167.5 FEET, THENCE NORTH 89° 44' WEST 90 FEET TO THE POINT OF BEGINNING IN LANE COUNTY, OREGON.