UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON
DIVISION 1 - EUGENE DIVISION

IN RE:  CASE NO. 16-62791-tmr13
CHAPTER 13

Richard Allen Smith

JUDGE THOMAS M RENN

DEBTOR  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, NALIKO MARKEL, TRUSTEE files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** JP Morgan Chase Bank NA

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 9 | 3607 | $103,344.32 | $7,094.46 | $7,094.46 |
| Total Amount Paid by Trustee | | **29725 Fox Hollow Road, Eugene, Oregon** | | $7,094.46 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit       **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 16-62791-tmr13

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 15th day of January, 2020.


Richard Allen Smith, 29725 Fox Hollow Road, Eugene, OR  97405


ELECTRONIC SERVICE - TOMAS BUTCHER, 116 HIGHWAY 99 N SUITE 101, EUGENE, OR  97402


JP MORGAN CHASE BANK NA, NATIONAL PAYMENT SERVICES, PO BOX 24785, COLUMBUS, OH  43224-0785


ELECTRONIC SERVICE - JPMorgan Chase Bank, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203


ELECTRONIC SERVICE - United States Trustee


| | |
|---|---|
| Date:  January 15, 2020 | /s/ NALIKO MARKEL, TRUSTEE |
| | NALIKO MARKEL, TRUSTEE |
| | Chapter 13 Trustee |
| | 400 E. 2nd Avenue Suite 200 |
| | EUGENE, OR  97401 |